UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to Cases Listed on Exhibit A | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

The Order entered by the Court on August 20, 2024 (ECF No. 4089) dismissed with prejudice cases brought by Claimants who had been issued payment by the Settlement Administrator, BrownGreer, on a Settlement Award under the Master Settlement Agreement ("MSA") and explained the basis for such dismissals. BrownGreer has reported to the Court that the additional Claimants identified on Exhibit A to this Order are Registered Claimants in the Settlement Program who now have been issued payment on a Settlement Award. These Claimants were required to submit a stipulated Dismissal with Prejudice of their pending case to BrownGreer in accordance with Section 5.2.4 of the MSA. In turn, BrownGreer was required to provide the executed Releases to Defendants pursuant to Section 5.13 of the MSA. These actions have been completed and, thus, the cases on Exhibit A are due to be dismissed.

Accordingly, it is **ORDERED** that:

1. The Claimants' cases identified on Exhibit A are hereby **DISMISSED WITH PREJUDICE** pursuant to the terms of the MSA; however, the dismissals do not impact Claimants' rights to receive any future Settlement Award payment(s) for which they are eligible under the MSA.

2. The Clerk is directed to enter a copy of this Order on the main docket, at which point the dismissal is effective as to the cases on Exhibit A. The Clerk also is directed to enter a copy of this Order without Exhibit A attached on the individual dockets of these cases and close the cases in their entirety for all purposes. The presence of this Order in the individual docket of a case reflects that the plaintiff(s) and such case were identified on Exhibit A to this Order.

**SO ORDERED**, on this 4th day of October, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**